■ WESTERLEIGH SAVINGS AND LOAN ASSOCIATION, Respondent, v BENJAMIN A. PASSANTINO, Appellant, et al., Defendants. — Appeal from an order of the Supreme Court, Richmond County (Sacks, J.), dated January 8, 1981, dismissed. Said order was superseded by an order of the same court, dated April 7,. 1981, which was entered upon reargument. Order dated April 7, 1981, affirmed, insofar as appealed from. No opinion. Plaintiff is awarded one bill of $50 costs and disbursements. Bracken, J. P., Niehoff, Rubin and Boyers, JJ., concur.